UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHALEENA M. MILLER,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. 3:12-cv-05080-KLS

ORDER TO SHOW CAUSE

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

Local Rule CR 3(b) provides in relevant part:

> At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:
> (1) Complete the in forma pauperis affidavit approved for use in this district; and
> (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Although plaintiff's application contains a copy of the written consent required by Local Rule

ORDER - 1

CR 3(b)(2), that consent was not signed by plaintiff.

Accordingly, plaintiff shall seek to cure this deficiency by filing no later than **March 7, 2012**, a new application to proceed *in forma pauperis* containing the written consent required by Local Rule CR 3(b)(2), properly signed and completed. **Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the undersigned will recommend dismissal of this matter.**

DATED this 6th day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2